UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 3:03-cr-00200-LRH (VPC) |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| RUSSELL LEE CALKINS, ) | |
| ) | |
| Defendant. ) | |

Before the court are Defendant's Motion for Stay of Restitution Order Pending Appeal (#30) and Defendant's Amended Motion for Stay of Restitution Order Pending Appeal (#31). No opposition having been filed, and good cause appearing on the merits,

IT IS ORDERED that Defendant's Motion (#30) and Amended Motion (#31) for Stay of Restitution Order Pending Appeal is GRANTED.

IT IS SO ORDERED.

DATED this 5th day of February, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE